IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PASCUAL MARROQUIN-ALVAREZ<br>also known as<br>Musico,<br><br>　Defendant. | CRIMINAL FILE NO.<br>1:08-CR-363-8-TWT |

### ORDER

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 758] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 757] as time barred.  The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 757] is DENIED.  No Certificate of Appealability will be issued.

SO ORDERED, this 25 day of November, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge